AO220-A (11/13)

UNITED STATES DISTRICT COURT

**SUMMONS FOR JURY SERVICE**

June 8, 2015

PLEASE READ FURTHER INSTRUCTIONS IN THE INFORMATION INCLUDED WITH THIS SUMMONS.

TO:

*



**IMPORTANT: PLEASE CALL 1-866-851-8154 (Toll Free) AFTER 5:30 PM ON JUNE 5TH**

---

**PLEASE BRING THIS SUMMONS WITH YOU WHEN YOU REPORT FOR JURY DUTY**

DETACH AT PERFORATION FOR JUROR BADGE

# JUROR
UNITED STATES DISTRICT COURT

THE COURT SUMMONS YOU TO APPEAR FOR JURY DUTY BEGINNING ON THE DATE, TIME AND PLACE SHOWN BELOW.

LOCATION:

DATE:

TIME:        *Call first-<u>Do Not</u> automatically report

JUROR NUMBER:

PHONE NO. TO CALL:

**\*YOU MUST CALL THE ABOVE AUTOMATED PHONE SYSTEM (1-866-851-8154) AFTER 5:30 PM ON JUNE 5TH FOR INFORMATION ON JURY SELECTION. YOU WILL NEED TO HAVE YOUR PARTICIPANT #\* AVAILABLE**

Please complete the juror qualification questionnaire enclosed. Answer each question, use a No. 2 pencil or blue or black ink pen only, sign and return the questionnaire in the enclosed envelope within ten days.

Remember to place a stamp on the envelope.
**PLEASE BRING THIS FORM WITH YOU WHEN YOU REPORT FOR JURY SERVICE.
IT IS <u>MANDATORY</u> TO ANSWER QUESTIONS 1 THROUGH 15 ON THE ENCLOSED QUESTIONNAIRE.
PLEASE BE SURE TO SIGN THE QUESTIONNAIRE.
YOU MUST PROVIDE YOUR TELEPHONE NUMBERS AND EMAIL ADDRESS IN THE APPROPRIATE SPACES ON THE ENCLOSED JURY QUESTIONNAIRE.**

**YOUR 90-DAY ON CALL PERIOD IS:
June 8, 2015 - September 7, 2015**

**NO LIQUIDS OF ANY KIND (WATER, COFFEE, SODA, MILK, JUICE, ETC.) IN ANY TYPE OF CONTAINER (GLASS, PAPER, PLASTIC OR METAL) MAY BE BROUGHT INTO THE COURTHOUSE.**

**PLEASE BRING PHOTO IDENTIFICATION WHEN REPORTING FOR JURY SERVICE.**

**IF THE PERSON LISTED ON THIS SUMMONS HAS MOVED OR IS DECEASED, PLEASE INDICATE ON THE REVERSE SIDE OF THE JURY QUESTIONNAIRE AND RETURN THE FORM IN THE ENCLOSED ENVELOPE.**

- PLEASE READ THE REVERSE SIDE FOR ADDITIONAL INFORMATION -

Your questionnaire can be completed on-line - www.nywd.uscourts.gov - 

# JURY INFORMATION

Serving as a juror is a fundamental obligation we all share as citizens of the United States. Only by having persons such as yourself participate in the process, can we ensure that all persons in federal court will be afforded the constitutional right of having their case heard by a jury of their peers. We appreciate your willingness to accept this responsibility. Your name was selected randomly from lists of registered voters and New York state licensed drivers. Jurors' names are drawn from 9 neighboring counties: Chemung, Livingston, Monroe, Ontario, Schuyler, Seneca, Steuben, Wayne and Yates.

You are encouraged to complete an on-line Juror Questionnaire
**EASY ON-LINE STEPS TO ACCESS eJUROR**



| | |
|---|---|
| **STEP 1:** | Visit the website: www.nywd.uscourts.gov |
| **STEP 2:** | Click the eJuror icon on the top left of the screen |
| **STEP 3:** | Enter your 9-digit participant number located directly to the right of your name and address. Use all caps for the first three letters of your last name. |
| **STEP 4:** | Follow the screen prompts and answer each question. |

**JUROR FEES:** Jurors are entitled to receive as a recognition of their service, a $40 per day attendance fee, $.575 per mile, reimbursement of any tolls incurred, and a parking allowance if they have parked. If using public transportation you are still entitled to .575 cents a mile. Please use the reverse side of the Juror Questionnaire to indicate if you will be parking, distance in miles (round trip) from your home to the courthouse and any tolls (round trip) incurred. **Checks are not issued on day of appearance - they will be mailed. PLEASE COME PREPARED TO PAY FOR PARKING.**

**TERM OF SERVICE:** You are on call for a period of 90 days. You do not have to appear every day for 90 days. You will be advised when to call for jury messages and when to report. The 90 days is an "on call" period, which commences from the date printed on your Juror Summons and Questionnaire, and not consecutive days. Prior to reporting to U.S. District Court, you may want to check with your employer as to what their policy is for employees serving on jury duty. **Please advise the Court of days you are not available during the 90 day on-call period.**

It is important that you call for the recorded message each time as requested to be advised of last minute cancellations or changes in reporting dates and times - recorded message telephone number 1-866-851-8154. If you report in error, you will not be paid. The message can be heard beginning at 5:30 p.m. and continuing on throughout the evening (or weekend) until 8:00 a.m. the day of reporting. You will be instructed as to when to appear or call for further information regarding jury service via the recorded message.

**In the event U. S. District Court may need to close due to weather or emergency situations, Radio Station WHAM 1180 AM will have court closing information. You can call the toll-free recorded message line at 1-866-851-8154 to hear of any updates that may have been added overnight.**

An average trial lasts one to five days, however, some may be longer, depending on the nature of the case. If you are not selected on a case, you may be called later in the 90-day period.

If you are selected to serve as a juror, the trial judge will advise you of the probable trial duration on the day you report for jury service. The day generally ends by 4:30 p.m.

**EXCUSALS OR ADJOURNMENTS:** If you feel you will incur a hardship or conflict by serving as a juror, please write on the reverse side of your juror questionnaire your request to be excused prior to reporting. **Please indicate any scheduled vacations, business trips, or any days you will be unavailable to serve on jury duty during the 90 day on call period.** If you are requesting to be excused due to medical reasons, please enclose a statement from your physician. If you have received a summons within 2 years from U. S. District Court and have good service, you can request to be excused from Federal Court. **No excuses or adjournments will be granted over the telephone.**

You will **NOT** receive notification in the mail of your request to be excused or deferred. Please call the automated phone 1-866-851-8154 for up-to-date information on your request 2 business days before you are scheduled to appear for jury service. You need to enter your 9 digit juror number located above your name and address. You may call the automated phone 1-866-851-8154 at any time to hear your status.

**CERTIFICATES OF ATTENDANCE:** Verification that you attended jury service will be provided.

WESTERN DISTRICT OF NEW YORK
ROOM 2120

CLERK, U.S. DISTRICT COURT
100 STATE STREET
ROCHESTER, NY 14614
(585) 613-4017

Website: www.nywd.uscourts.gov
email:    rocejuradm@nywd.uscourts.gov

Rev: 4/15

**DIRECTIONS TO THE COURTHOUSE**
Traveling on I-490 westbound, take exit 16/Clinton Avenue onto. Clinton Avenue South towards downtown.

Turn left on to East Broad Street/Route 31
Turn right on to Exchange Boulevard - cross over Main Street Exchange Boulevard becomes State Street. The Courthouse is the large white building on your right next to Rochester Plaza Hotel

Traveling on I-490 eastbound, take left #13/Inner Loop onto Allen Street toward Plymouth Avenue/Downtown.
Turn left on Plymouth Avenue North continue on Central Avenue.
Turn right on State Street. The Courthouse is the large white building on your left next to Rochester Plaza Hotel.



# United States District Court
Western District of New York
Rochester Division
2120 U.S. Courthouse
100 State Street
Rochester, NY 14614



**THIS FORM MUST BE RETURNED**
**OR**
This questionnaire may be completed on-line at: www.nywd.uscourts.gov

**Important Directions:**
Save time and money by completing this form on the court's website.

If completing a paper copy:
- Use a blue or black ink pen.
- Do not use pens with ink that soaks through the paper.
- Make solid marks that fill the oval completely.
- Do not write in margins nor in "official use only" areas.

Right ●    Wrong ⊗

**JUROR ID**

**FOR OFFICIAL USE**
Jurors Please Do Not Write In This Space

Q ●
X ○
E ○
D ○

June 8, 2015

**TO:** If your name and permanent address are not correct, please make corrections here.

**Participant #**
100594313

ANDREW RYAN MILLER
1111 CHANNING WOODS
~~DR~~ WEBSTER, NY ~~14508~~ 80

**County You Now Live In**
MONROE

100594313

**Home/Cell Phone:** 585-478-6287
**Office Phone:** 585-236-4359
**Email:** [redacted]

## JUROR QUALIFICATION QUESTIONNAIRE
*Please Read Letter On Other Side Before Completing*

If another person fills out the form, please indicate that person's name, address and reason why in the "Remarks" section.
Fill In Completely Your Response To Each Question.

1. Are you a citizen of the United States? If "No" what country Are you a citizen of? — **Yes** ●
2. Are you 18 years of age or older? — **Yes** ●
   Date of Birth: Month ___ Day ___ Year ___  Give your age ___
3. Has your primary residence for the past year been in this state? — **Yes** ●
   If "No", show under Remarks on reverse the names of other counties or states of primary residence during the past year and show dates. — in the same county? **Yes** ●
4. a. Do you speak the English language? — **Yes** ●
   b. Do you read, write, and understand the English language with a degree of proficiency sufficient to complete this questionnaire? — **Yes** ●
   c. Did you provide remarks on the back of this form to explain your answers to part "a" or part "b" of this question? — **No** ●

If your answer to No. 5 or 6 is "Yes" please see notes to Questions 5 and 6 on reverse side.

5. Are any charges now pending against you for a violation of state or federal law punishable by imprisonment for more than one year? — **No** ●
6. Have you ever been convicted, either by your guilty or nolo contendere plea or by a court or jury trial, of a state or federal crime for which punishment could have been more than one year in prison? — **No** ●
7. (If "Yes"), Were your civil rights restored? (If "Yes", explain on the reverse side) — **No** ●
8. Do you have any physical or mental disability that would interfere with or prevent you from serving as a juror? (If "Yes", please see notes to Question 8 on reverse side). — **No** ● You must explain and provide a Doctor's letter
9. Are you employed on a paid full time basis as a:
   a. Public official of the United States, state, or local government who is elected to public office or directly appointed by one elected to office — **No** ●
   b. Member of any governmental police or regular fire dept. — **No** ●
   c. Member in active service of the U.S. armed forces — **No** ●
10. Are you Hispanic or Latino? Yes ○ No ●
11. Federal law requires you to indicate your race in order to avoid discrimination in jury selection. (See note on reverse side). Please fill in completely one or more circles that describe your race.
    ○ Black/African American    ○ Asian    ○ American Indian/Alaska Native
    ● White    ○ Native Hawaiian/Pacific Islander
    ○ Other (specify) _____
12. SEX: Male ●    Female ○

13. **OCCUPATION** (See reverse side)
Are you now employed? Yes ● No ○
Are you a salaried employee of the U.S. gov't? Yes ○ No ●
Your Usual Occupation, Trade, or Business
LA Fitness
Your Employer's Name
929 Holt Rd. Webster, NY 14580
Business or Employer's Address

14. **Grounds For Requesting Excuse**
(see Notes to Question 14 on other side).
This section describes certain categories of persons who may be excused from service as a juror. If you are a person in one of these categories listed below and you wish to be excused, fill in completely the oval for the number of your category listed below here: ___ *See Below

Or, if you wish to serve, do not show anything here.
Persons showing a category of excuse which requires more information must give it on the other side under "Remarks".

1 ○   2 ○
3 ○   4 ○
5 ○   6 ○
7 ○   8 ○
9 ○   10 ○

(1) A person over 70 years of age.
(2) A person who has served as a grand or petit juror in Federal Court within the last 2 years (give name of court and dates you served, under Remarks section on reverse side of questionnaire).
(3) Persons having active care and custody of a child under 10 years of age whose health and/or safety would be jeopardized by their absence or a person who is essential to the care of aged or infirmed persons (please explain in detail under Remarks section).
(4) Persons whose services are so essential to the operation of their business that it must close or cease to function (please explain in detail under Remarks section on reverse side of this questionnaire).

**Full Time Student:** Yes ___ Request temporary excuse on reverse side of form

**If Juror is Deceased:** Please indicate on reverse side of form.

**POSTPONEMENTS:** Please use reverse side of questionnaire to request postponement
*If you ask to be excused under category #'s 2, 3 or 4, please explain in detail in the "Remarks" column on the reverse side of this questionnaire.*

15. I declare under penalty of perjury that all answers are true to the best of my knowledge and belief.
Social Security Number [redacted]
SIGN HERE ▶ [signature]
Date 05/23/2015

If your address changes after you have returned the questionnaire, please notify the court promptly by letter or post card, addressing it to "Attention: Jury Administrator."

Western District of New York
Rochester Division
2120 U.S. Courthouse
100 State Street
Rochester, NY 14614



ANDREW RYAN MILLER
1111 CHANNING WOODS
WEBSTER, NY 14580

Participant #:
100594313

## PLEASE COMPLETE AND BRING THIS FORM WITH YOU.

Report to: ROCHESTER JURY ASSEMBLY RC
Rochester Division
2120 U.S. Courthouse
100 State Street
Rochester, NY 14614

JULY 27, 2015    COURTROOM  FPG

08:30 AM

100594313

1-866-851-8154

100594313

100594313

# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

2120 U.S. COURTHOUSE
100 STATE STREET
ROCHESTER, NEW YORK 14614-1387
(585) 613-4000 ★ Fax: (585) 613-4035

**MICHAEL J. ROEMER**
CLERK OF COURT

**COURTROOM FPG**

July 14, 2015

## PLEASE BRING THIS FORM WITH YOU

Dear Juror:

You must appear for jury selection for a trial that is scheduled to commence on

**MONDAY, JULY 27, 2015 AT 8:30 A.M.**

- You **must** call **1-866-851-8154** for a recorded message **after 5:30 p.m. on Sunday, July 26, 2015** to confirm that you will need to report on Monday morning. This message will instruct you on where to report and what time you should arrive. It will also notify you if the trial has been cancelled. Before you call, please have your 9-digit juror number (which is listed above under your name) available to enter into the system so that you can receive the jury message.

- Please bring **Photo Identification** when reporting for jury service.

- Please be advised that containers holding liquids are not permitted in the courthouse.

- Cell phones and electronic devices are not permitted in the courtroom or jury room.

- If you are required to report, you will be reimbursed (within 30 days) for mileage, tolls and parking. Please enter your information below:

    Round trip mileage: _____   Round trip tolls: _____
    Did you park today (yes or no): _____

I hereby certify that information provided above is the shortest practicable route between my residence and the United States Courthouse in Rochester, New York.

_____   Social Security Number _____
**Signature of Juror**

**If you have questions, please email your questions to the jury clerk at** rosemarie_eby@nywd.uscourts.gov.**If you do not have computer access, please call 585-613-4017 and your questions will be answered. Thank you.**

Western District of New York
Rochester Division
2120 U.S. Courthouse
100 State Street
Rochester, NY 14614



Participant #:
100594313

ANDREW RYAN MILLER
1111 CHANNING WOODS
WEBSTER, NY 14580

PLEASE COMPLETE AND BRING THIS FORM WITH YOU.

Report to: ROCHESTER JURY ASSEMBLY RC
Rochester Division
2120 U.S. Courthouse
100 State Street
Rochester, NY 14614

August 17, 2015 Courtroom EAW

08:30 AM

100594313

1-866-851-8154

100594313

100594313

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

2120 U.S. COURTHOUSE
100 STATE STREET
ROCHESTER, NEW YORK 14614-1387
(585) 613-4000 ★ Fax: (585) 613-4035

**MICHAEL J. ROEMER**
CLERK OF COURT

COURTROOM EAW

August 5, 2015

## PLEASE BRING THIS FORM WITH YOU

Dear Juror:

You must appear for jury selection for a trial that is scheduled to commence on

**MONDAY, AUGUST 17, 2015 AT 8:30 A.M.**

- You <u>must</u> call **1-866-851-8154** for a recorded message **after 5:30 p.m. on Friday, August 14, 2015** to confirm that you will need to report on Monday morning. This message will instruct you on where to report and what time you should arrive. It will also notify you if the trial has been cancelled. Before you call, please have your 9-digit juror number (which is listed above under your name) available to enter into the system so that you can receive the jury message.

- Please bring **Photo Identification** when reporting for jury service.

- Please be advised that containers holding liquids are not permitted in the courthouse.

- Cell phones and electronic devices are not permitted in the courtroom or jury room.

- If you are required to report, you will be reimbursed (within 30 days) for mileage, tolls and parking. Please enter your information below:

    Round trip mileage: _____    Round trip tolls: _____
    Did you park today (yes or no): _____

I hereby certify that information provided above is the shortest practicable route between my residence and the United States Courthouse in Rochester, New York.

_____    Social Security Number _____
**Signature of Juror**

**If you have questions, please email your questions to the jury clerk at rosemarie_eby@nywd.uscourts.gov. If you do not have computer access, please call 585-613-4017 and your questions will be answered. Thank you.**

# Juror Profile

Appear®

**U.S. District Court Western District of New York**

## General Information

| | | | | | |
|---|---|---|---|---|---|
| Part No: | 100594313 | | | | |
| Pool No: | 601150601 | Pool Seq: | 0190 | | |
| Location: | Rochester | Status: | Responded | | |
| Last Name: | MILLER | First Name: | ANDREW RYAN | | |
| Home Phone: | 585-478-6287 | Cell Phone: | | Zip: | 14580 |
| Email: | ~~[redacted]~~ | | | | |
| Notes: | | | | | |

7/27/15- FTA rescheduled to 8/17/15.

## Inbound Instruction

**Msg:** 04 - Scheduled - Following Day   **Assigned By:** ROSE   **On:** 8/14/2015 3:15:03 PM

You are scheduled to appear at 8:15AM, Monday, August 17. Please report to Room 2420, the Jury Assembly Room, on the second floor of the U.S. Courthouse located at 100 State Street in Rochester. Cell phones, weapons and electronic devices of any kind are NOT permitted in the courthouse. You will need your summons and a photo ID with you when you report.

## Outbound Instruction
No data

## Inbound Messages
No inbound messages

## Outbound Messages
No outbound messages

## Inbound Message History

| Assigned | Assigned By | Pool | Message | DtTm 1 | DtTm 2 | Var 1 | Var 2 |
|---|---|---|---|---|---|---|---|
| 5/15/2015 1:01:57 PM | AJIS | 601150601 | 01 - Summoned | | | | |
| 6/4/2015 8:01:44 AM | AJIS | 601150601 | 02 - Responded | | | | |
| 6/4/2015 8:56:35 AM | ROSE | 601150601 | 15 - Notify By Mail | 6/8/2015 | | | |
| 6/4/2015 8:57:30 AM | ROSE | 601150601 | 02 - Responded | | | | |
| 6/4/2015 10:18:38 AM | ROSE | 601150601 | 15 - Notify By Mail | 6/8/2015 | | | |
| 7/16/2015 4:24:21 PM | ROSE | 601150601 | 03 - Scheduled - Call Again | 8:30 AM | 7/27/2015 | | |
| 7/24/2015 2:16:26 PM | ROSE | 601150601 | 04 - Scheduled - Following Day | 7:45 AM | 7/27/2015 | | |
| 8/5/2015 4:33:56 PM | ROSE | 601150601 | 03 - Scheduled - Call Again | 8:30 AM | 8/17/2015 | | |
| 8/14/2015 3:15:03 PM | ROSE | 601150601 | 04 - Scheduled - Following Day | 8:15 AM | 8/17/2015 | | |

## VoiceMail Messages
No voicemail message received

## Partial Excuse Dates
No dates