```
                    UNITED STATES DISTRICT COURT

                    WESTERN DISTRICT OF NEW YORK



- - - - - - - - - - - - - - -X
IN RE: ANDREW RYAN MILLER    )    15MC6004
                             )

                                  Rochester, New York
                                  September 2, 2015
             Respondent.     )    12:00 p.m.
- - - - - - - - - - - - - - -X
```

**Hearing**

```
                     TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE ELIZABETH A. WOLFORD
                  UNITED STATES DISTRICT JUDGE


                  ANDREW RYAN MILLER, PRO SE









COURT REPORTER:   Karen J. Bush, Official Court Reporter
                  (585) 613-4312
                  100 State Street
                  Rochester, New York 14614
```

| | |
|---|---|
| 1 | P R O C E E D I N G S |
| 2 | *       *       * |
| 3 | |
| 4 | |
| 5 | THE CLERK:  In re: Andrew Ryan Miller 15MC6004EAW. |
| 6 | THE COURT:  Are you Mr. Miller? |
| 7 | MR. MILLER:  Yeah. |
| 8 | THE COURT:  Come on up.  I want you to stand right |
| 9 | there at that podium there.  So, for the record, you are Andrew |
| 10 | Ryan Miller? |
| 11 | MR. MILLER:  Correct. |
| 12 | THE COURT:  And you're appearing here today |
| 13 | because of the Order to Show Cause that was served on you? |
| 14 | MR. MILLER:  Correct. |
| 15 | THE COURT:  All right.  Mr. Miller, I'm going to |
| 16 | recite for the record why you've been served with this Order to |
| 17 | Show Cause.  You were summoned as a prospective juror several |
| 18 | times by this court.  You have a history of failing to report |
| 19 | for jury service after receiving a summons despite these |
| 20 | numerous opportunities to do so.  You were originally summoned |
| 21 | for jury service on June 8th, 2015, but you failed to call the |
| 22 | court's automated phone system to receive any information on |
| 23 | your juror status.  You then were again summoned for jury |
| 24 | service on July 27th, 2015, but you failed to call to receive |
| 25 | your juror status and failed to appear on that date.  And then |

1   most recently, which caused me to issue the Order to Show
2   Cause, on August 14th, 2015, you failed to call to receive your
3   juror status and failed to appear on August 17th, 2015.  The
4   Federal statute by which I have issued this Order to Show Cause
5   is 28 U.S.C. Section 1866(g), which states as follows:  Any
6   person summoned for jury service who fails to appear as
7   directed may be ordered by the district court -- that is me --
8   to appear forthwith and show cause for failure to comply with
9   the summons.  Any person that fails to show good cause for
10  noncompliance with the summons may be fined more than $1000,
11  imprisoned not more than three days, ordered to perform
12  community service or any combination thereof.
13              So, this is a hearing, Mr. Miller, regarding your
14  failure to comply with the juror summons that have been issued
15  to you in this case.  You have the opportunity to testify or
16  you have the opportunity to call any witnesses.  You also have
17  the right to be represented by counsel.  If you cannot afford
18  an attorney, I will appoint one to represent you.  So, let me
19  first deal with the issue of legal representation.  I don't see
20  anyone here with you, so I take it you do not have an attorney?
21              MR. MILLER:  No, I couldn't afford one.  I didn't
22  know I was supposed to bring one.
23              THE COURT:  The Order to Show Cause mentions an
24  attorney.  You don't have to, you can appear pro se is what
25  they call it.  You say you can't afford one, but you're

1    employed, correct?

2              MR. MILLER:  Yes.

3              THE COURT:  And where do you work?

4              MR. MILLER:  Abercrombie and Fitch right now.

5              THE COURT:  And what is the rate of your pay

6    there?

7              MR. MILLER:  Right now it's at $13 an hour.

8              THE COURT:  And so how much do you make on a

9    monthly basis?

10             MR. MILLER:  Usually like right around 15 - to

11   1600 after taxes.

12             THE COURT:  All right.  Based on that, I do not

13   find that you are financially eligible for the appointment of

14   counsel given the relatively limited nature of this matter.  So

15   is it your desire to represent yourself in connection with this

16   matter?

17             MR. MILLER:  I guess, I don't know.  I've never

18   done this.  I don't know what the smartest action to take.

19             THE COURT:  I can't give you legal advice.  My

20   question is pretty simple:  Are you representing yourself here

21   today?

22             MR. MILLER:  Yes, I guess so.

23             THE COURT:  And, Mr. Miller, can you tell me what

24   the reasons were for failing to respond to the juror summons

25   that were issued in this case?  You were aware of these,

```
 1   correct?
 2              MR. MILLER:  Well, the only one.
 3              THE COURT:  We'll first what we are going to do is
 4   put Mr. Miller under oath.  Could you please swear in Mr.
 5   Miller, Ms. Duque?
 6   (Whereupon, A. Miller was administered the oath by the
 7   Courtroom Deputy.)
 8              MR. MILLER:  I swear.
 9              THE COURT:  Mr. Miller, you received the initial
10   notice and you completed the questionnaire?
11              MR. MILLER:  Yes, the one with the questionnaire,
12   I submitted that one.  And my parents told me -- like, I
13   probably should have called, like, honestly, because you guys
14   have better knowledge and what not, obviously.  I showed my
15   parents, because I live on my own, I showed them a picture of
16   what it looked like, and they said it's not a summons, just a
17   questionnaire to see if you're fit for doing jury service or
18   jury service and what not, and then basically I got -- I didn't
19   -- I showed a picture to my mom.
20              THE COURT:  What do you mean a picture?  You were
21   taking pictures of what you were receiving in the mail?
22              MR. MILLER:  I showed her, like, what I got in the
23   mail, basically.  I mean, I don't know how else to explain.  I
24   took a picture on my phone and left my house, and when I
25   visited with them, I just showed them what it was, basically.
```

1  I didn't really bring it home to them.  I guess, I don't know.
2  I showed them the next one that I got, which was like a really
3  limited form, and I can't remember what it says, to be honest
4  with you.  And I don't know, I just -- I really didn't know,
5  like, the process of it.  And when someone called basically
6  requesting me to, you know, because they said that you were
7  upset that I wasn't showing up and what not, I guess I just
8  really didn't know the process of it.  I was just, I guess,
9  ignorant to the fact of it.  I don't know what to call it.
10            THE COURT:  You received a summons, correct?
11  Something that looked like this?
12            MR. MILLER:  I never received that.  I received --
13  I can bring -- I don't know, I should have brought it.  It was
14  like a sheet of paper and it had a very limited thing and it
15  was, like I said, that, I think, to call you guys, but I never
16  received that picture of that.
17            THE COURT:  Well, you received a notice in the
18  mail which indicated that you needed to call in to find out
19  whether or not you needed to report for jury service, correct?
20            MR. MILLER:  Yeah, I didn't know if that was like
21  if I was selected, because I thought I would get information.
22            THE COURT:  But you never called?
23            MR. MILLER:  No, I didn't.
24            THE COURT:  I mean, you had a phone number and you
25  never called?

1                    MR. MILLER:  Correct.
2                    THE COURT:  And you -- there were more than one
3     instance where you were supposed to call and you never called,
4     correct?
5                    MR. MILLER:  Yes.
6                    THE COURT:  And then up until me getting the
7     Deputy Marshals to go out and serve you with this Order to Show
8     Cause, you didn't show up in court, correct?
9                    MR. MILLER:  Correct.
10                   THE COURT:  Let me tell you something, Mr. Miller.
11    We had a criminal trial.  Somebody's life was on the line.  And
12    we almost did not have enough jurors to pick a jury for that
13    trial.  You are an American citizen, correct?
14                   MR. MILLER:  Right.
15                   THE COURT:  You live in a democracy?
16                   MR. MILLER:  Yes.
17                   THE COURT:  And if you were ever in a situation
18    like this, I can guarantee you that your fundamental right to a
19    jury is something you would wholly embrace and you wouldn't
20    want to rely on folks like yourself who just disregard court
21    notices that somehow believe that they are above what everybody
22    else had to do.  You realize we had people coming in from over
23    two and a half hours away to respond to the summons, and you
24    live in Webster and you couldn't pick up the phone and call.
25    That is what you're telling me, right?

```
 1                    MR. MILLER:  Correct.
 2                    THE COURT:  Is this the way you engage in your
 3     everyday operations?  What is your background?  What is your
 4     educational background?
 5                    MR. MILLER:  I mean, I went to school and
 6     everything.  I don't know.
 7                    THE COURT:  Did you graduate from high school?
 8                    MR. MILLER:  Yeah.
 9                    THE COURT:  Do you want to do something with your
10     life?
11                    MR. MILLER:  Yeah, what I'm trying to do.
12                    THE COURT:  I guarantee you, ignoring court
13     summons and disregarding legal notices and somehow thinking
14     that you are not subject to what every other person is subject
15     to, every other person who has the privilege to live in this
16     country, who depends on the system of justice, but somehow you
17     felt like you were above it all.  That is basically what you
18     are telling me.
19                    MR. MILLER:  I guess, I don't know.
20                    THE COURT:  You realize you made a mistake?
21                    MR. MILLER:  I wasn't subconsciously doing it.
22                    THE COURT:  You realize that you made a mistake?
23                    MR. MILLER:  For sure.  I'm not saying -- I didn't
24     think I was above anybody.
25                    THE COURT:  You ignored it.  You felt like if you
```

```
 1   ignored it, it would go away?
 2              MR. MILLER:  I guess.
 3              THE COURT:  Well, here is what I'm going to do.  I
 4   want you to understand -- well, first of all, I find that you
 5   have is not shown good cause for your failure to comply with
 6   the notices that you received from this court.
 7              MR. MILLER:  I understand.
 8              THE COURT:  And I think you would agree with me.
 9              MR. MILLER:  I'm not going to try to prove that or
10   make an excuse.
11              THE COURT:  So you agree with me you did not have
12   good cause to ignore these summons, correct?
13              MR. MILLER:  Absolutely.
14              THE COURT:  The penalties that I can impose, I can
15   send you to prison for up to three days, impose a fine of up to
16   $1000, I can impose community service or I can impose a
17   combination of both.  What I'm going to do is this.  I'm going
18   to impose community service.  And I'm going to require that you
19   work for 20 hours at FoodLink between now and December 1.
20              MR. MILLER:  Okay.
21              THE COURT:  On or before December 1, you're going
22   to need to file with this clerk's office -- you can -- you'll
23   go to the second floor of this building.
24              MR. MILLER:  I'm sorry to interrupt.
25              THE COURT:  Let me tell you what your sentence is
```

1  first and then you can ask any questions that you have.  On or
2  before December 1, you going to need to go to the clerk's
3  office and file a certificate with the clerk's office
4  indicating you, in fact, have completed the 20 hours of
5  community service that I'm going to require you to work at
6  FoodLink.  If you do not do that, if you do not file this
7  notice, this certificate, on or before December 1, I am going
8  to issue a warrant for your arrest and I'm going to send you to
9  jail for 72 hours.
10              MR. MILLER:  All right.
11              THE COURT:  Do you have any questions about that?
12              MR. MILLER:  Do I just report here like every
13  time?
14              THE COURT:  No.  I'm going to give you the
15  information right now, okay?  Do you have a pen.  Let's give
16  Mr. Miller a pen and piece of paper.  You need to contact an
17  individual by the name of Perry, P-e-r-r-y, Jones, J-o-n-e-s.
18  His phone number is (585) 328-3380, extension 143.  As I said,
19  you need to perform 20 hours of community service at Foodlink's
20  location.  I'm going to give you the location where you're
21  going to need to work.  It's going to be 1999 Mount Read
22  Boulevard.  Once you have performed that 20 hours, Mr. Jones at
23  FoodLink will issue you a letter stating that you completed the
24  20 hours of service, and he'll also indicate how you performed.
25  That letter, what you receive from Mr. Jones, is what you are

1    going to need to then bring to the clerk's office here on the
2    second floor.  And you need -- don't wait to do this, because
3    it might seem as though December 1 is a ways off at this point,
4    but I'm not -- this is not an idle threat, that if you don't
5    file this by December 1, I will issue a warrant for your arrest
6    and you're going to serve 72 hours in jail, so do this as soon
7    as possible.  Once you get that letter from Mr. Jones, you then
8    need to bring it to the second floor clerk's office here.  And
9    I'm going to give you the case number again for your case, it's
10   15MC6004, and ask that it be filed on the Court docket.  Once
11   it's filed on the Court docket on or before December 1, I will
12   issue an order closing this case.  But if it's not filed on or
13   before December 1, then I will issue a warrant for your arrest.
14   Do you have any questions?
15            MR. MILLER:  No, no, ma'am.
16            THE COURT:  Do you understand how important it is
17   now if you receive a future summons, whether state court or
18   federal court, do you understand how important it is that you
19   comply with that summons?
20            MR. MILLER:  Yes, ma'am.
21            THE COURT:  Okay.  All right.  Very good.  This
22   case is adjourned.  Thank you, Mr. Miller.
23            MR. MILLER:  Thank you.
24
25

1
2
3
4           CERTIFICATE OF REPORTER
5
6      I certify that the foregoing is a correct transcript of the
7   record of proceedings in the above-entitled matter.
8
9   S/ Karen J. Bush,  RPR
10
    Official Court Reporter
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25