UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

IN RE ANDREW RYAN MILLER,

**ORDER**

6:15-mc-6004 EAW

---

On September 3, 2015, the Court issued an Order directing Andrew Ryan Miller to complete 20 hours of community service at Foodlink, by December 1, 2015, in accordance with the Court's instructions as stated on the record on September 2, 2015. (Dkt. 5). The Court also directed Mr. Miller to file a valid letter of completion with the Clerk of the Court by that date. The Order further stated that if Mr. Miller failed to file proof of completion of the community service by December 1, 2015, a warrant would be issued for his arrest, and he would be imprisoned for 72 hours. A copy of the Order was mailed to Mr. Miller on September 3, 2015. To date, Mr. Miller has failed to file proof of completion of the community service or otherwise comply with the Court's Order.

Accordingly, the Clerk of the Court is directed to issue a warrant for Mr. Miller's arrest.

SO ORDERED.

ELIZABETH A. WOLFORD
United States District Judge

Dated: December 2, 2015
       Rochester, New York

- 1 -