UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN RE ANDREW RYAN MILLER        15-mc-6004(EAW)



## NOTICE OF APPEAL

Notice is hereby given that Andrew Ryan Miller, petitioner in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the order entered in this action on the 8th day of December, 2015.

Dated: December 8, 2015
      Rochester, New York

Jeffrey L. Ciccone
Attorney for Andrew Ryan Miller
Office of the Federal Defender
28 East Main Street, Ste. 400
Rochester, NY 14614
585-263-6201
jeffrey_ciccone@fd.org