UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of December, two thousand and fifteen.

Before:    Raymond J. Lohier, Jr.,
       *Circuit Judge,*

_____

Andrew Ryan Miller,

  Appellant,

v.

United States District Court Western District of New York,

  Appellee.

_____

**ORDER**
Docket No. 15-3942

  Appellant moves for an order staying the district court's December 8, 2015 order sentencing him to 72 hours' imprisonment, and for an order releasing him forthwith, pending appeal.

  IT IS HEREBY ORDERED that the motion for a stay pending appeal is REFERRED to the next available motions panel. IT IS FURTHER ORDERED that, to the extent Appellant seeks a temporary stay of the district court order pending determination of the stay motion, that request is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/09/2015