W.D.N.Y.
15-mc-6004
Wolford, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of December, two thousand fifteen.

Present:
> Peter W. Hall,
> Susan L. Carney,
> Christopher F. Droney,
> *Circuit Judges*.

Andrew Ryan Miller,

*Appellant*,

v. 15-3942

United States District Court Western District of New York,

*Appellee*.

Appellant, through counsel, moves for a stay of his sentence pending appeal. Upon due consideration, it is hereby ORDERED that the motion is GRANTED because his appeal presents a "substantial question" of fact or law. *See* 18 U.S.C. § 3143(b); *United States v. Randell*, 761 F.2d 122, 125 (2d Cir. 1985).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/22/2015