AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of New York

*FILED JAN 02 2018 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY UNITED STATES DISTRICT COURT* (stamp)

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| *Plaintiff* | ) |
| v. | )  Case No.   15-MC-5004-EAW |
| ANDREW RYAN MILLER | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

UNITED STATES OF AMERICA

Date:     01/02/2018

*Attorney's signature*

SEAN C. ELDRIDGE

*Printed name and bar number*

U.S. ATTORNEY'S OFFICE
100 STATE STREET, ROOM 500
ROCHESTER, NY  14614

*Address*

SEAN.ELDRIDGE@USDOJ.GOV

*E-mail address*

(585) 399-3953

*Telephone number*

(585) 399-3920

*FAX number*